Verified Correct Copy of Original 6/23/2026.

FILED MULTNOMAH CO CIRCUIT CT '26 JUN 23 PM2:53

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ALMA McCARTY,<br><br>               Plaintiff,,<br>   v.<br><br><br>SOUND OF LIFE MEDIA, LLC,<br><br>               Defendant.. | **Case No. 25CV63770**<br><br><br>**ORDER** GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

This matter came before the Court on Plaintiff Alma McCarty's Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue. The Court has considered the Motion, the supporting Memorandum of Points and Authorities, the Declarations of Alma McCarty and Jeffrey N. Neuman and the pleadings and papers on file in this action. The Court, being fully advised, finds as follows:

1. Plaintiff has made a sufficient showing on the merits of her underlying claims as required for a Temporary Restraining Order.

2. Absent immediate relief, Plaintiff will suffer irreparable harm not compensable in damages before the Court can hear and decide her concurrently filed Motion for Preliminary Injunction or her underlying claim. The merits hearing in American Arbitration Association Case No. 01-26-0000-5277 is set for August 11, 2026, on or before the date the Motion for Preliminary Injunction can be heard, and any award entered in that proceeding would, as a practical matter, foreclose the relief Plaintiff seeks in this action.

\\\

PAGE 1 – ORDER

AQUA SONUS LAW GROUP LLC
7110 Southwest Fir Loop, Suite 210
Portland, OR 97223
872.332.8774 | aquasonus.com

Verified Correct Copy of Original 6/23/2026.

3. The status quo this Order preserves is worth preserving. The balance of equities and the public interest favor the limited temporary relief granted herein.

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. Plaintiff's Motion for Temporary Restraining Order is GRANTED.

B. Defendant Sound of Life Media, LLC and its officers, members, agents, employees, attorneys, successors and all persons acting in concert with it are RESTRAINED AND ENJOINED from prosecuting, continuing or proceeding with American Arbitration Association Case No. 01-26-0000-5277, including without limitation the merits hearing scheduled for August 11, 2026, until this Court has heard and decided Plaintiff's concurrently filed Motion for Preliminary Injunction or until further order of this Court.

C. Defendant shall appear and SHOW CAUSE before this Court on __7-6__, 2026 at __9:15__ _a_.m., or as soon thereafter as counsel may be heard, why a Preliminary Injunction should not issue on the same terms set forth above, A hearing will be heard on 2026.

D. No bond is required, the Court finding that the limited equitable relief granted herein does not warrant security under ORCP 82A.

E. This Order is effective immediately upon entry and shall remain in full force and effect until further order of this Court.

IT IS SO ORDERED.

DATED this 22nd day of June, 2026.

Matarazzo 6-23-26

\\\

\\\

PAGE 2 – ORDER

AQUA SONUS LAW GROUP LLC
7110 Southwest Fir Loop, Suite 210
Portland, OR 97223
872.332.8774 | aquasonus.com

_Verified Correct Copy of Original 6/23/2026._

**_Verified Correct Copy of Original 6/23/2026._**

**CERTIFICATE OF READINESS UNDER UTCR 5.100**

I certify this proposed judgment/order is ready for judicial signature because:

____ Each party affected by this judgment/order has APPROVED the judgment/order, as show by the signature on the judgement/order, or by written confirmation sent to me.

____ I have SERVED (complete service section below) a copy of this judgment/order and the Notice of Proposed Judgment/order to all parties entitled to service. And:
　　____ No objection has been served on me.
　　____ I received objections that I could not resolve with a party despite reasonable efforts to do so. I have with the court a copy of the objections I received and indicated which objections remain unresolved.
　　____ after conferring about objections, the objecting party agreed to independently file any remaining objection.

✗ Service is not required pursuant to subsection (3) of this rule, or by statue, rule or otherwise.

____ Other: _____

DATED: June 22, 2026.

　　　　　　　　　　　　　　　　　　　　AQUA SONUS LAW GROUP LLC

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jeffrey N. Neuman, OSB #151760

PAGE 1 – CERTIFICATE OF READINESS

AQUA SONUS LAW GROUP
7110 Southwest Fir Loop, Suite 210
Portland, OR 92723
872.332.8774 | aquasonus.com